**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      MICHAEL R. BERKMAN      :      Chapter 11
:
:
Debtor      :      Bky. No. 09-17860 ELF
:

# O R D E R

AND NOW, footnote 6 of the court's prior order dated March 10, 2010 (Doc. # 181) is

**AMENDED** to read as follows:

> There is no evidence that any misappropriation occurred.   In making this statement, I suggest only that the Debtor has failed to file a proper written account of his real estate management activities.

Date:  **March 15, 2010**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**